MEYER et al., Appellants, v. LAWRENCE, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Isaac S. Meyer and Benjamin J. Meyer, copartners, etc., against Kate Lawrence.

No opinion. Judgment of the Municipal Court affirmed, with costs.